IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GINA GILBREATH.                                                                              PLAINTIFF

v.                              CIVIL NO. 2:16-cv-2177-MEF

CAROLYN COLVIN, Acting Commissioner
Social Security Administration                                                          DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Gina Gilbreath, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner").  ECF No. 1.  On March 13, 2017, Plaintiff filed a Motion to Dismiss.  ECF No. 10.  Having received an Order remanding case number 16-2278 pursuant to sentence six of 42 U.S.C. 405(g), Plaintiff agrees that the instant case covers a duplicate time period and is satisfied that the sentence six remand in that case will include a review of the medical evidence relevant to this case.  Accordingly, Plaintiff moves to dismiss this duplicate case.

Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 14th day of March, 2017.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE