IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GINA GILBREATH.                                                                         PLAINTIFF

v.                                    CIVIL NO. 2:16-cv-2177-MEF

CAROLYN COLVIN, Acting Commissioner
Social Security Administration                                                         DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion an Order, Plaintiff's Motion to Dismiss is hereby granted and the clerk is ordered to dismiss the Plaintiff's Complaint with prejudice.

IT IS SO ORDERED on this the 14th day of March, 2017.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE